```
         UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                     CASE NO. 04 B 03443
    CARDANELL D WARREN
                                           CHAPTER 13

                                           JUDGE: A. BENJAMIN GOLDGAR

          Debtor
    SSN XXX-XX-6232


-----------------------------------------------------------------------------------
                     TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------------
      Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.   The case was filed on 01/30/04 and confirmed on 06/25/04.

    2.   The plan is paid in full.

    3.   The Debtor paid a total of $   7595.00 .

    4.   The Trustee made disbursements to creditors as follows:


-----------------------------------------------------------------------------------
CREDITOR NAME                CLASS         CLAIM AMOUNT      INTEREST        PRINCIPAL
                                                             PAID            PAID
-----------------------------------------------------------------------------------
STATE DISBURSEMENT UNIT      PRIORITY      NOT FILED             .00              .00
STATE DISBURSEMENT UNIT      PRIORITY      NOT FILED             .00              .00
CITY OF CHICAGO              UNSECURED       1920.00             .00           444.86
FIRST MIDWEST BANK           UNSECURED     NOT FILED             .00              .00
CERTIFIED SERVICES INC       UNSECURED     NOT FILED             .00              .00
ARMOR SYSTEMS CORP           UNSECURED     NOT FILED             .00              .00
CRD PRT ASSOC                UNSECURED     NOT FILED             .00              .00
PROVENA ST THERESE MEDIC     UNSECURED     NOT FILED             .00              .00
PROVENA ST THERESE MEDIC     UNSECURED     NOT FILED             .00              .00
CREDIT MANAGEMENT CONTRO     UNSECURED     NOT FILED             .00              .00
ILLINOIS STUDENT ASSIST      FILED LATE         .00              .00              .00
OLIVER ADJUSTMENT            UNSECURED       1541.22             .00           357.10
CERTIFIED SERVICES INC       UNSECURED        540.94             .00           125.34
ILLINOIS DEPT REVENUE        UNSECURED        889.90             .00           206.19
ILLINOIS DEPT PUBLIC AID     UNSECURED      16570.00             .00          3839.26
AMERICAN EDUCATION SERVI     FILED LATE         .00              .00              .00
AMERICAN EDUCATION SERVI     FILED LATE         .00              .00              .00
ILLINOIS DEPT REVENUE        PRIORITY         68.00              .00            68.00
          Summary of disbursements:

                     SECURED      PRIORITY     UNSECURED       OTHER            TOTAL
-----------------------------------------------------------------------------------
TOTAL CLMS ALLOWED        .00        68.00      21462.06         .00         21530.06
PRINCIPAL PAID            .00        68.00       4972.75         .00          5040.75
INTEREST PAID             .00          .00          .00          .00              .00
TOTAL PAID                .00        68.00       4972.75         .00          5040.75
The Debtor's attorney, DAVID M SIEGEL                , was allowed $    2700.00
and was paid $    456.00   direct and $   2244.00   through the plan.

The Trustee received $    310.25 .
```

Refunds to the Debtor totaled $        .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 12/14/07                         /S/
                                        GLENN STEARNS
                                        CHAPTER 13 TRUSTEE